# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM GEE,

    Plaintiff,

vs.

HANNIE HENDROFFE,

    Defendant.

Case No. 2:13-cv-01582-JCM-NJK

ORDER SEALING DOCKET NOS. 1, 2, 4, 5, 6, 7, 9, and 11. AND ORDERING DOCKET TO BE CORRECTED

    It has come to the Court's attention that the Docket Nos. 1, 2, 4, 5, 6, 7, 9, and 11 have been filed without redacting the birth dates of Petitioner and Respondent's children and/or the home address of Respondent.  In so doing, Petitioner violated Special Order No. 108, which requires the partial redaction of dates of birth and home addresses (among other redactions).  Accordingly, the Court hereby **ORDERS** that Docket Nos. 1, 2, 4, 5, 6, 7, 9, and 11 be sealed.  In addition, Petitioner's counsel shall refile on the public docket, no later than September 10, 2013, redacted versions of Docket Nos. 1, 2, 4, 5, 6, 7, 9, and 11 that comply with Special Order No. 108.

    Docket Nos. 1, 2, 4, 5, 6, 7, 9, and 11 also list the first names of Petitioner and Respondent's children, in violation of Special Order No. 108, which requires that only a minor's initials be provided.  The Court hereby **ORDERS** that the public docket be revised so that it reflects only that Petitioner and Respondent are the parents of "J.G." and "S.G."

    IT IS SO ORDERED.

    DATED: September 3, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge