# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILLIAM GEE,

        Plaintiff(s),

v.

HANNIE HENDROFFE,

        Defendant(s).

2:13-CV-1582 JCM (NJK)

## ORDER

Presently before the court is petitioner William Gee's motion for entry of a temporary restraining order and a UCCJEA warrant. (Doc. # 21). On September 6, 2013, a status conference was held in front of Magistrate Judge Nancy Koppe. At that hearing, the magistrate expressed uncertainties regarding this court's jurisdiction over the matter. *See* docket # 25. A briefing schedule was established and an evidentiary hearing regarding jurisdiction has been set for October 8, 2013. *Id.* Accordingly, petitioner's instant motion is denied pending the jurisdiction hearing before Magistrate Judge Koppe.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's motion for entry of a temporary restraining order and a UCCJEA warrant (doc. # 21) be, and the same hereby is, DENIED without prejudice.

DATED September 11, 2013.

*James C. Mahan*

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**