UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM GEE, ) | |
| ) | |
| Petitioner, ) | 2:13-cv-01582-JCM-NJK |
| ) | |
| vs. ) | |
| ) | |
| HANNIE HENDROFFE, ) | **O R D E R** |
| ) | |
| Respondent. ) | |

On August 30, 2013, Petitioner William Gee filed a Petition for Judicial Review pursuant to the Hague Convention. Docket No. 1. Respondent Hannie Hendroffe has appeared telephonically at two separate hearings, and has informed the Court that she does not have funds to hire an attorney in Nevada. Docket Nos. 17 and 23. Additionally, on September 30, 2013, Respondent filed a motion with the Court, in which she stated that she is unable to afford an attorney in Nevada. Respondent also stated that she has contacted both the Legal Aid Center and Nevada Legal Service to find an attorney and has been unable to find an attorney to represent her in this matter on a *pro bono* basis. Docket No. 33, at 1-2.

Based on the statements of Respondent at the hearing and in her motion, the nature of the petition, and because the interests of justice so require, the Court appoints the Federal Public Defender to represent Respondent, pursuant to 18 U.S.C. § 3006A.

. . . .

. . . .

If the Federal Public Defender is unable to represent Respondent (due to conflict or other reasons), then alternate counsel for Respondent shall be located.  In such event, alternate counsel shall be appointed by the Court.  In either case, counsel will represent Respondent in all future federal proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed to represent the Respondent in this matter.  The Federal Public Defender for the District of Nevada shall have until Friday, October 4, 2013, to undertake direct representation of petitioner or to indicate to the Court its inability to represent Respondent in these proceedings.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this order to the Federal Public Defender with a copy of the petition for judicial review.

**IT IS FURTHER ORDERED** that the Clerk shall include the Federal Public Defender on the docket of this case so that the Federal Public Defender begins receiving NEF notices through the Court's CM/ECF system immediately.

IT IS SO ORDERED.

DATED this 1st day of October, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge