UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| WILLIAM GEE, | ) | |
| | ) | |
| Petitioner, | ) | 2:13-cv-01582-JCM-NJK |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | (Docket No. 40) |
| HANNIE HENDROFFE, | ) | |
| | ) | |
| Respondent. | ) | |

On October 2, 2013, Respondent filed a motion to unseal documents. Docket No. 40. Respondent asks this Court to unseal the documents at Docket Nos. 2, 4, 5, 6, 7, and 9. Respondent further asks this Court to review the documents at Docket Nos. 19 and 20 to determine whether these documents should be made available to counsel. In support of her motion, Respondent states that, although she understands that the Court sealed many of these documents because information needed to be redacted, Respondent's new attorney needs the documents in order to familiarize herself with the case.

The Court agrees that Respondent's new attorney needs the specified documents in order to fully familiarize herself with the instant case. Further, the Court has reviewed Docket Nos. 19 and 20. Docket No. 19 is Respondent's motion for telephonic appearance, and Docket No. 20 is Respondent's motion to dismiss. The Court finds that, although Docket No. 19 may be of limited use to counsel, counsel is entitled to all documents filed in this case. The Court's prior concerns regarding redacted information remain, however, and therefore the Court will not unseal the documents, but orders them provided to Respondent's counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent's motion to unseal, Docket, No. 40, is **GRANTED** in part.

**IT IS FURTHER ORDERED** that all sealed documents in this case remain sealed.

**IT IS FURTHER ORDERED** that the Clerk shall immediately provide a copy of the documents at Docket Nos. 2, 4, 5, 6, 7, 9, 19 and 20 to Respondent's counsel.

IT IS SO ORDERED.

DATED this 3rd day of October, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge